# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| U.S. WHOLESALE OUTLET & DISTRIBUTION, INC.; TREPCO IMPORTS & DISTRIBUTION, LTD.; YNY INTERNATIONAL, INC.; EASHOU, INC. (d/b/a/ SAN DIEGO CASH & CARRY); CALIFORNIA WHOLESALE; SANOOR, INC. (d/b/a L.A. TOP DISTRIBUTOR); and L.A. INTERNATIONAL CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIVING ESSENTIALS, LLC and INNOVATION VENTURES, LLC,<br><br>    Defendants. | Case No. 2:18-cv-1077-CBM (Ex)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

THE COURT, having considered the stipulated protective order agreed to and entered by the parties, governing the use of confidential materials discovered in this action, HEREBY ORDERS THAT:

The Stipulated Protective Order is granted.

DATED: August 10, 2018

_____
Hon. Charles F. Eick
United States Magistrate Judge