ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

OCT 21 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. WHOLESALE OUTLET & DISTRIBUTION, INC., et al,    Plaintiffs,<br>vs.<br>LIVING ESSENTIALS, LLC and INNOVATION VENTURES, LLC    Defendants. | Case No.: 2:18-cv-1077-CBM-Ex<br><br>**COURT'S VERDICT FORM**<br><br>*REDACTED AS TO FOREPERSON SIGNATURE* |

1

WE, THE JURY, unanimously find as follows:

1. Did any of the Plaintiffs prove Defendants violated Section 2(a) of the Robinson-Patman Act?

|   | Yes | No |
|---|---|---|
| a. U.S. Wholesale |   | ✓ |
| b. Trepco |   | ✓ |
| c. YnY International |   | ✓ |
| d. San Diego Cash & Carry |   | ✓ |
| e. California Wholesale |   | ✓ |
| f. L.A. Top |   | ✓ |
| g. L.A. International |   | ✓ |

*If your answer is "yes" as to any Plaintiff, then proceed to Question No. 2. If your answer is "no" to every Plaintiff, then skip to the end and sign/date the form.*

2. Did any of the Plaintiffs prove that it was injured in its business or property because of Defendants' violation of Section 2(a) of the Robinson-Patman Act?

*Only answer this Question as to any Plaintiff for whom you answered "yes" to Question No. 1.*

|   | Yes | No |
|---|---|---|
| a. U.S. Wholesale |   |   |
| b. Trepco |   |   |
| c. YnY International |   |   |
| d. San Diego Cash & Carry |   |   |
| e. California Wholesale |   |   |
| f. L.A. Top |   |   |
| g. L.A. International |   |   |

*If you answered "yes" to Question No. 2 as to any Plaintiff, then proceed to Question No. 3. If you answered "no" as to all Plaintiffs for Question No. 2, then skip to the end and sign/date the form.*

/ / /

/ / /

/ / /

3. Enter the amount of damages you award each Plaintiff, if any.

*Only answer this Question as to any Plaintiff for whom you answered "yes" to Question No. 2.*

|   | Yes | No |
|---|---|---|
| a. U.S. Wholesale | _____ | _____ |
| b. Trepco | _____ | _____ |
| c. YnY International | _____ | _____ |
| d. San Diego Cash & Carry | _____ | _____ |
| e. California Wholesale | _____ | _____ |
| f. L.A. Top | _____ | _____ |
| g. L.A. International | _____ | _____ |

*Please date and sign below, and return this verdict form to the Court.*

DATED: 10/21/19

/s/
FOREPERSON