UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 18-CV-1077-CBM-Ex | Date | April 1, 2021 |
| Title | U.S. Wholesale Outlet & Distribution, Inc. v. Innovation Ventures, LLC et al | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE ADJUDICATION OF PLAINTIFFS' SECOND AND FIFTH CAUSE OF ACTION AND PLAINTIFFS' REQUEST FOR PERMANENT INJUNCTION. (DKT 582.)**

The matters before the Court are Plaintiffs' second cause of action, violation of Section 2(d) of the Robinson-Patman Act, and fifth cause of action, violation of California's Unfair Competition Law Cal. Bus. & Prof. Code § 17200, and Plaintiffs' request for the issuance of a permanent injunction for adjudication by the Court.

The Court finds in favor of Defendants on Plaintiffs' second cause of action, as well as Plaintiffs' fifth cause of action, and the Court denies Plaintiffs' request for a permanent injunction.

**IT IS SO ORDERED.**