# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *U.S. Wholesale Outlet & Distribution, Inc., et al.*, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>*Living Essentials, LLC, et al.l*, <br><br>　　　　Defendants. | Case No.: CV 18-1077 CBM (Ex) <br><br>**JUDGMENT** <br><br>JS-6 |

　　　　Consistent with the jury's verdict (Dkt. 517, 518), the Court's Order re: Plaintiffs' Motion For Renewed Judgment As Matter of Law, or in the alternative, Motion for a New Trial (Dkt. No. 601), and the Court's Order re: Adjudication of Plaintiffs' Section 2(d) claim (Dkt. 599, 603), judgment is hereby entered:

　　　　(1)　　against Plaintiffs and in favor of Defendants on Plaintiffs' first Section 2(a) of the Robinson-Patman Act, 15 U.S.C. § 13(a) cause of action;

　　　　(2)　　against Plaintiffs and in favor of Defendants on Plaintiffs' second Section 2(d) of the Robinson-Patman Act, 15 U.S.C. § 13(a) cause of action; and

(3) against Plaintiffs and in favor of Defendants on Plaintiffs' fourth California Unfair Competition Law, Cal. Bus. &Prof. Code § 17200 cause of action.

**IT IS SO ORDERED.**

DATED: August 5, 2021

---
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

2