MARK POE (S.B. #223714)
mpoe@gawpoe.com
RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
VICTOR MENG (S.B. #254102)
vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiffs U.S. Wholesale Outlet & Distribution, Inc., Trepco Imports & Distribution, Ltd., YnY International, Inc., Eashou, Inc. (d/b/a San Diego Cash & Carry), California Wholesale, Sanoor, Inc. (d/b/a L.A. Top Distributor), and L.A. International Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. WHOLESALE OUTLET & DISTRIBUTION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVING ESSENTIALS, LLC and INNOVATION VENTURES, LLC,<br><br>Defendants. | Case No. 2:18-cv-1077-CBM-E<br><br>**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Judge:   Hon. Consuelo B. Marshall |

PLAINTIFFS' NOT. OF APPEAL
CASE NO. 2:18-CV-1077-CBM-E

| | |
|---|---|
| 1 | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN THAT Plaintiffs U.S. Wholesale Outlet & Distribution, Inc., Trepco Imports & Distribution, Ltd., YnY International, Inc., Eashou, Inc. (d/b/a San Diego Cash & Carry), California Wholesale, Sanoor, Inc. (d/b/a L.A. Top Distributor), and L.A. International Corporation (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the district court's Amended Findings of Fact and Conclusions of Law, entered on May 28, 2025 (ECF No. 675); its Order Re: Plaintiffs' Motion For Entry of Findings of Fact and Conclusions of Law on Remand; Plaintiffs' Motion For Permanent Injunction and Conditional Motion for Post-Remand Discovery, entered on May 28, 2025 (ECF No. 676); and from any and all other judgments, orders, opinions, decisions, rulings, and findings of the District Court that were adverse to Plaintiffs, whether or not subsumed within a final judgment. *See* 28 U.S.C. § 1291.

Dated: May 29, 2025

Respectfully submitted,

GAW | POE LLP

By: /s/ Mark Poe
Mark Poe

Attorneys for Plaintiffs