# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| U.S. WHOLESALE OUTLET & DISTRIBUTION, INC.; TREPCO IMPORTS & DISTRIBUTION, LTD.; YNY INTERNATIONAL, INC.; EASHOU, INC. (d/b/a SAN DIEGO CASH & CARRY); CALIFORNIA WHOLESALE; SANOOR, INC. (d/b/a/ L.A. TOP DISTRIBUTOR); and L.A. INTERNATIONAL CORPORATION;<br><br>Plaintiffs,<br><br>v.<br><br>LIVING ESSENTIALS, LLC and INNOVATION VENTURES, LLC,<br><br>Defendants. | Case No. 2:18-cv-1077-CBM (Ex)<br><br>**AMENDED FINAL JUDGMENT**<br><br>Discovery Cutoff:   March 1, 2019<br>Pretrial Conference: Sept. 24, 2019<br>Trial Date:            Oct. 2, 2019 |

**AMENDED FINAL JUDGMENT**

Consistent with the jury's verdict (Dkt. 517, 518), the Ninth Circuit's decision upholding the jury's verdict (Case No. No. 21-55397, ECF No. 70), the Ninth Circuit's mandate (Case No. No. 21-55397, ECF No. 71), and the Court's Amended Findings of Fact and Conclusions of Law (Dkt. 675), judgment is hereby entered:

(1) against Plaintiffs and in favor of Defendants on Plaintiffs' Claim 1, the cause of action under Section 2(a) of the Robinson-Patman Act, 15 U.S.C. §13(a);

(2) against Plaintiffs and in favor of Defendants on Plaintiffs' Claim 2, the cause of action under Section 2(d) of the Robinson-Patman Act, 15 U.S.C. §13(d); and

(3) against Plaintiffs and in favor of Defendants on Plaintiffs' Claim 5, the cause of action under California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200.

**IT IS SO ORDERED.**

DATED: June 27, 2025

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

- 1 -

AMENDED FINAL JUDGMENT